UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMBER HAGAN,<br>    Plaintiff,<br><br>-v-<br><br>CITIMORTGAGE, INC.,<br>    Defendant.<br>_____ | No. 1:15-cv-454<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 42), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  October 27, 2016          /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge